O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| PHILIP MARKOWITZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A. et al.,<br><br>　　　　　Defendants. | Case № 2:23-cv-06528-ODW (MRWx)<br><br>**FINAL JUDGMENT** |

Pursuant to the jury's verdict, (ECF No. 86), and the Court's Summary Judgment Order, (ECF No. 43), it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff Philip Markowitz shall have **JUDGMENT** in his favor on his conversion claim against Defendant JPMorgan Chase Bank, N.A. asserted in the Complaint, (ECF No. 1-1);
2. Plaintiff Philip Markowitz is **AWARDED** $10,482.40 on his conversion claim;
3. Defendant JPMorgan Chase Bank, N.A shall have **JUDGMENT** in its favor on Plaintiff Philip Markowitz's remaining claims asserted against it in the Complaint;
4. Each party shall bear its own fees and costs; and
5. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

February 21, 2025

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**